IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,                                                Case No. 1:17-cr-1361-2-JMC

v.

JOANN BELL,

    Defendant.

**ORDER DENYING UNOPPOSED MOTION TO CONTINUE
SENTENCING SETTING; AND DENYING AS MOOT STIPULATED
MOTION TO CONTINUE SENTENCING SETTING**

On March 1, 2018, Defendant filed a Stipulated Motion to Continue Sentencing Setting (Doc. 54). On June 14, 2018, Defendant filed an Unopposed Motion to Continue Sentencing Setting (Doc 66). On June 18, 2018, the parties appeared before this Court telephonically for a status conference. At the status conference, Defendant's counsel informed the Court that Defendant no longer desires a continuance of her sentencing hearing. Accordingly, this Court DENIES Defendant's Unopposed Motion to Continue Sentencing Setting (Doc. 66). Furthermore, because this Court is holding a sentencing hearing on the above-styled criminal action on June 20, 2018, this Court DENIES AS MOOT the Stipulated Motion to Continue Sentencing Setting (Doc. 54).

    IT IS SO ORDERED.

                                                                           Entered for the Court
                                                                           this the 15th day of June, 2018

                                                                           /s/ Joel M. Carson III_____
                                                                           Joel M. Carson III
                                                                           United States Circuit Judge
                                                                           Sitting by Designation