IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,   )
             )
    Plaintiff,     )
             )
  vs.         )   Case No. 17-1361 JMC
             )
**JOANN BELL**,       )
             )
    Defendant.    )

## ORDER TO DISMISS COUNTS 4 and 6 OF THE INDICTMENT

   THIS MATTER having come before the Court on the written Motion of the United States Attorney for the District of New Mexico, for an order dismissing Counts 4 and 6 of the Indictment as to Joann Bell, and the Court being fully advised in the premises, FINDS that the motion is well taken and should be granted.

   IT IS THEREFORE ORDERED that Counts 4 and 6 of the Indictment be and hereby are dismissed with prejudice as to Defendant Joann Bell.


_____
JOEL M. CARSON, III
UNITED STATES CIRCUIT JUDGE